UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>0.4685 ACRES OF LAND, MORE OR LESS, SITUATE IN EL PASO COUNTY, STATE OF TEXAS;<br>0.1858 ACRES OF LAND, MORE OR LESS, SITUATE IN EL PASO COUNTY, STATE OF TEXAS;<br>0.2387 ACRES OF LAND, MORE OR LESS, SITUATE IN EL PASO COUNTY, STATE OF TEXAS;<br>0.4290 ACRES OF LAND, MORE OR LESS, SITUATED IN EL PASO COUNTY, STATE OF TEXAS; and<br>EL PASO COUNTY WATER IMPROVEMENT DISTRICT NO. 1,<br><br>Defendants. | §§§§§§§§§§§§§§§§§§§§§§ | EP-14-CV-00298-DCG |

## ORDER GRANTING *EX PARTE* MOTION FOR DEPOSIT OF FUNDS

Presently before the Court is Plaintiff United States of America's ("Plaintiff") "Ex Parte Motion for Order for Deposit of Funds" (ECF No. 13), filed on October 30, 2014. The Court concludes that, pursuant to the Declaration of Taking Act (40 U.S.C. § 3114) ("the Act"), Plaintiff is entitled to immediate possession of certain property at issue in this case ("the Property"). In order to effectuate possession of the Property, Plaintiff is required to "deposit . . . in the court, to the use of the persons entitled to the compensation, the amount of the estimated compensation stated in the declaration . . . ." 40 U.S.C. § 3114(b).

As such, it is **HEREBY ORDERED** that Plaintiff United States of America's ("Plaintiff") "Ex Parte Motion for Order for Deposit of Funds" (ECF No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that the **CLERK OF THE COURT**, El Paso Division, accept for deposit into the Registry of the Court, U.S. Treasury Check No. 8736-01737344 in the amount of $100.00, until further order of the Court.

So ORDERED and SIGNED this 12th day of November, 2014.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE